UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff                    Honorable Robert H. Cleland

-vs-

CHAZ DUANE SHIELDS,              Case No 22-cr-20264-2

                Defendant
_____/      *FILED UNDER SEAL*

## MOTION TO SEAL PLEADINGS

NOW COMES the Defendant, CHAZ DUANE SHIELDS, by his attorney, ARTHUR JAY WEISS, and due to the sensitive, personal and mental health information contained therein, respectfully moves this Honorable Court to Seal Defendant's Motion for Departure and/or Variance until further Order of this Court.

                                          /s/ Arthur Jay Weiss
                                          ARTHUR JAY WEISS (P 25225)
                                          Attorney for Defendant SHIELDS
                                          30445 Northwestern Highway
                                          Suite 225
                                          Farmington Hills Michigan 48334-3158
                                          (248) 855-5888
                                          arthurweiss@ajweisslaw.com

Dated: November 7, 2022.