UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff                Honorable Robert H. Cleland

-vs-

CHAZ DUANE SHIELDS,                Case No 22-cr-20264-2

                Defendant
_____/    *FILED UNDER SEAL*

## ORDER GRANTING MOTION TO SEAL PLEADINGS

WHEREAS, a Motion to Seal Pleadings having been filed and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Motion to Seal Pleadings, Defendant's Motion for Departure and/or Variance, Certificate of Service and this Order Granting Motion to Seal Pleadings be Sealed under further written Order of this Court.

                                        s/Robert H. Cleland
                                        DISTRICT JUDGE

Dated: November 7, 2022.