**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

Plaintiff,

Criminal No. 22-20264

v.

Hon. Robert H. Cleland

D-2 Chaz Duane Shields,

Defendant.
_______________________________________/

**INDEX OF EXHIBITS**

Exhibit 1 2018 Chaz Shields Sentencing Transcript (Exhibit 1)

Exhibit 2 2020 Chaz Shields Sentencing Transcript (Exhibit 2)

*s/ Timothy J. Wyse*
Timothy J. Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Timothy.Wyse@usdoj.gov
(313) 226-9144